UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN LEE PRINCE,                      Case No. 1:07-CV-369

        Plaintiff,                              Hon. Richard Alan Enslen

v.

ROY RYDER, *et al.*,
                                               **ORDER**

        Defendants.
                                     /

        This matter is before the Court on Plaintiff Marvin Lee Prince's *pro se* Motion for Reconsideration of the Court's July 27, 2007 Judgment dismissing his civil rights action. Pursuant to Western District of Michigan Local Civil Rule 7.4(a), reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been mislead . . . [and] that a different disposition must result from the correction thereof."

        Although Plaintiff has provided an intriguing history of "death ray devices," the Court again finds Plaintiff's arguments to be frivolous and delusional. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Lawler v. Marshall*, 898 F.2d 1196, 1198–99 (6th Cir. 1990). No palpable error has been shown nor has it been shown that a different disposition should result. Simply put, the previous Judgment remains a proper disposition of the case for the reasons explained therein and in the Magistrate Judge's Report and Recommendation.

        **THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Marvin Lee Prince's Motion for Reconsideration (Dkt. No. 32) is **DENIED**.

DATED in Kalamazoo, MI:            /s/ Richard Alan Enslen
                                        RICHARD ALAN ENSLEN
        January 7, 2008                  SENIOR UNITED STATES DISTRICT JUDGE