UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN LEE PRINCE,

    Plaintiff,

v.

ROY RYDER, *et al.*,

    Defendants.

                                    /

Case No. 1:07-CV-369

Hon. Richard Alan Enslen

**<u>ORDER</u>**

This matter is before the Court on Plaintiff Marvin Lee Prince's *pro se* Motion for Reconsideration of the Court's July 27, 2007 Judgment dismissing his civil rights action. This is Plaintiff's second Motion for Reconsideration of the same matter. (*See* Dkt. No. 32.) The Court denied Plaintiff's last motion by Order of January 7, 2008. (*See* Dkt. No. 33.) Plaintiff's new motion raises no issues that have not previously been considered and decided.

Pursuant to Western District of Michigan Local Civil Rule 7.4(a), reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been mislead . . . [and] that a different disposition must result from the correction thereof."

Plaintiff's allegations concerning "death ray devices" remain frivolous and delusional. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Lawler v. Marshall*, 898 F.2d 1196, 1198–99 (6th Cir. 1990). No palpable error has been shown nor has it been shown that a different disposition should result. Simply put, the previous Judgment remains a proper disposition of the case for the reasons explained therein and in the Magistrate Judge's Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Marvin Lee Prince's Motion for Reconsideration (Dkt. No. 34) is **DENIED**.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>February 4, 2008 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |