UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN LEE PRINCE,

    Plaintiff,

v.

ROY RYDER, *et al.*,

    Defendants.

                            /

Case No. 1:07-CV-369

Hon. Richard Alan Enslen

**ORDER**

This matter is before the Court on Plaintiff Marvin Lee Prince's *pro se* Motion for Reconsideration of the Court's July 27, 2007 Judgment dismissing his civil rights action. This is Plaintiff's third Motion for Reconsideration of the same matter. (*See* Dkt. Nos. 32, 34.) The Court denied Plaintiff's last two motions by Orders of January 7, 2008, and February 4, 2008. (*See* Dkt. Nos. 33, 37.) Plaintiff's current motion raises no new issues that have not previously been considered and decided. Further, the Sixth Circuit Court of Appeals recently upheld this Court's Judgment. *See Prince v. Ryder*, Nos. 07-2031 & 07-2050 (6th Cir. Mar. 5, 2008).

Pursuant to Western District of Michigan Local Civil Rule 7.4(a), reconsideration is appropriate only when the movant "demonstrate[s] a palpable defect by which the Court and the parties have been mislead . . . [and] that a different disposition must result from the correction thereof." Plaintiff's allegations concerning "death ray devices" remain frivolous and delusional. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Lawler v. Marshall*, 898 F.2d 1196, 1198–99 (6th Cir. 1990). No palpable error has been shown nor has it been shown that a different disposition should result. Simply put, the previous Judgment remains a proper disposition of the case for the reasons explained therein and in the Magistrate Judge's Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Marvin Lee Prince's Motion for Reconsideration (Dkt. No. 38) is **DENIED**.

**IT IS FURTHER ORDERED** that further motions for post-judgment relief and/or reconsideration shall not be accepted for filing by the Clerk unless accompanied by a certificate of the assigned Magistrate Judge that the motion is not frivolous or interposed for an improper purpose.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>March 31, 2008 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |